IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GRAYS HARBOR LLC d/b/a GRAY HARBOR AND BRETT HOUCK,<br><br>  Plaintiffs,<br>v.<br><br>PRIME DIGITAL ADS, SNOWY OWL TECHNOLOGIES INC., MITCHELL RICHLER AND IMPACT TECH, INC.,<br><br>  Defendants | Civil Action No. 1:25-cv-13680 |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)(2)**

This Disclosure Statement is filed on behalf of Defendant Prime Digital Ads, in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor:

**Prime Digital Ads, LLC is a limited liability company organized under the laws of the State of Wyoming. The shareholders and members of Prime Digital Ads, LLC are Tyler Eeds and Sara Eeds, who are both citizens of and domiciled in the State of Arizona**.

Pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and correct.

I certify that I am admitted to practice in this Court.

Dated: July 25, 2025

Respectfully submitted,

_____
Andrew I. Hamelsky, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
One Riverfront Plaza, Suite 902
1037 Raymond Blvd
Newark, New Jersey 07102-0301
862.682.7246

*Attorneys for Defendant Prime Digital Ads.*

**Certificate of Service**

    I, Andrew I. Hamelsky, Esq., hereby certify that on the 25th day of July 2025, I caused the foregoing to be served via the Court's ECF system, which electronically served it upon all counsel of record.

                                                  /s/ Andrew I. Hamelsky
                                                  Andrew I. Hamelsky