UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Grays Harbor LLC d/b/a<br>Gray Harbor and Brett Houck<br>    Plaintiffs<br><br>v.<br><br>Prime Digital Ads, Snowy Owl Technologies<br>Inc., Mitchell Richler and Impact Tech, Inc.<br>    Defendants. | :<br>: CASE NO. 25-cv-13680<br>:<br>:<br>:<br>:<br>: **DECLARATON OF TYLER EEDS**<br>:<br>:<br>:<br>: |

I, Tyler Eeds of full age, hereby declare as follows:

1. I make this Declaration based on personal knowledge and in support of Defendant, Prime Digital Ads, LLC ("Prime Digital") application to dissolve the temporary restraints entered at the request of Plaintiffs, Grays Harbor LLC d/b/a Gray Harbor ("GHD") and Brett Houck (collectively "Plaintiffs").

2. Defendant Prime Digital is a company duly organized and existing under the laws of the State of Wyoming.

3. Prime Digital is jointly owned by my wife and myself, who are citizens of the State of Arizona. There have never been any other owners or shareholders of Prime Digital.

4. Mitchell Richler has never held any ownership interest in Prime Digital.

5. Based on my previous business dealings with Plaintiffs, through other unrelated corporate vehicles, it is my understanding that Capital One terminated its affiliate relationship with Plaintiffs around June or July of 2024, due to Plaintiffs' misconduct or breach.

6. Prime Digital was not formed until August 6, 2024. A true and correct copy of Prime Digital's Articles of Organization is annexed hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Tyler Eeds

Dated: August 15, 2025

# EXHIBIT A

Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only
WY Secretary of State
FILED: Aug 6 2024 12:03PM
Original ID: 2024-001501724

# Limited Liability Company
# Articles of Organization

**I.   The name of the limited liability company is:**
Prime Digital Ads LLC

**II.  The name and physical address of the registered agent of the limited liability company is:**
Capital Administrations LLC
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

**III. The mailing address of the limited liability company is:**
1712 Pioneer Ave
Ste 115
Cheyenne, WY 82001

**IV.  The principal office address of the limited liability company is:**
1712 Pioneer Ave
Ste 115
Cheyenne, WY 82001

**V.   The organizer of the limited liability company is:**
BOSS Advisors PLC
4824 E Baseline Rd., Suite 112 Mesa, AZ 85206

**Signature:** *Ethan Brogan*                                   **Date:** **08/06/2024**

Print Name:     **Ethan Brogan**

Title:          **Attorney**

Email:          **legal@bossadv.com**

Daytime Phone #:  **(602) 699-4829**

**Wyoming Secretary of State**
Herschler Bldg East, Ste.100 & 101
Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☐ An Individual    ☑ An Organization

The Wyoming Secretary of State requires a natural person to sign on behalf of a business entity acting as an incorporator, organizer, or partner. The following individual is signing on behalf of all Organizers, Incorporators, or Partners.

### Filer Information:

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | |
|---|---|---|
| **Signature:** | *Ethan Brogan* | **Date:** 08/06/2024 |
| Print Name: | **Ethan Brogan** | |
| Title: | **Attorney** | |
| Email: | **legal@bossadv.com** | |
| Daytime Phone #: | **(602) 699-4829** | |



**Wyoming Secretary of State**
Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Capital Administrations LLC**, whose registered office is located at **1712 Pioneer Ave Ste 115, Cheyenne, WY 82001**, voluntarily consented to serve as the registered agent for **Prime Digital Ads LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| **Signature:** | *Ethan Brogan* | Date: **08/06/2024** |
| Print Name: | **Ethan Brogan** | |
| Title: | **Attorney** | |
| Email: | **legal@bossadv.com** | |
| Daytime Phone #: | **(602) 699-4829** | |

# STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

**Prime Digital Ads LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **6th** day of **August**, **2024** at **12:03 PM.**

Remainder intentionally left blank.

Filed Date: 08/06/2024

Secretary of State

Filed Online By:

Ethan Brogan

on 08/06/2024