# EXHIBIT A

| | |
|---|---|
| Law Offices of Musa Jan<br>Musa A. Jan, Esq.<br>NJ Attorney ID 043192006<br>1000 W. Valley Road #1345<br>Southeastern, PA 19399<br>(215) 821-7793<br>musa@musajanlaw.com | **ATTORNEY FOR PLAINTIFFS** |

**IN THE SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION OF CAPE MAY COUNTY**

| | | |
|---|---|---|
| Grays Harbor LLC d/b/a<br>Gray Harbor<br><br>and<br><br>Brett Houck<br><br>   Plaintiffs<br><br>v.<br><br>Prime Digital Ads,<br><br>Snowy Owl Technologies Inc.,<br><br>Mitchell Richler<br><br>And<br><br>Impact Tech, Inc.<br><br>   Defendants | : : : : : : : : : : : : : : : : : : : : : : : | No. CPM-L-212-25<br><br>CIVIL ACTION<br><br>**ORDER TO SHOW CAUSE**<br>**WITH TEMPORARY RESTRAINTS**<br>**PURSUANT TO RULE 4:52** |

This matter having been brought before the court by Musa Jan, Esq., attorney for Plaintiffs, seeking relief by way of temporary restraints pursuant to R. 4:52, based upon the facts set forth in the verified complaint filed herewith; and it appearing that immediate and irreparable damage will probably result before notice can be given and a hearing held and for good cause shown.

It is on this 27th day of JUNE, 2025 **ORDERED** that Defendant, Impact Tech Inc. appear via Zoom and show cause before the Superior Court on the 30th day of JULY, 2025 at 10:30 a.m. or soon thereafter as counsel can be heard, why a

preliminary injunction should not be entered which freezes all funds in the accounts under the control of Defendants Snowy Owl Technologies, Prime Digital Ads, and / or Defendant Richler. The account numbers have been provided to Defendant Impact Tech, Inc. in writing. Until further order of Court, Defendant Impact Tech, Inc., its officers, shareholders, agents, employees, managers, and attorneys must freeze all funds in these accounts.

And it is further ORDERED that pending the return date herein, Defendant, Impact Tech, Inc. is temporarily ordered to freeze all funds in the accounts under the control of Defendants Snowy Owl Technologies, Prime Digital Ads, and / or Defendant Richler.

And it is further ORDERED that:

1. The Defendant may move to dissolve or modify the temporary restraints herein contained on two (2) days' notice to the Plaintiffs' attorney.

2. A copy of this order to show cause, verified complaint, legal memorandum, and any supporting affidavits or certifications submitted in support of this application be served upon the Defendant with 7 days of the date hereof, in accordance with R. 4:4-3 and R. 4:4-4, this being original process.

3. The Plaintiffs must file with the court their proof of service of the pleadings on the Defendant no later than three (3) days before the return date.

4. Defendant shall file and serve a written response to this order to show cause and the request for entry of injunctive relief and proof of service by July 18, 2025. The original documents must be filed with the Clerk of the Superior Court in the county listed above. A list of these offices is provided. You must send a copy of your opposition papers directly to Judge James H. Pickering, Jr., J.S.C., whose address is 9 North Main Street, Cape May Court House, New Jersey 08210. You must also send a copy of your opposition papers to the Plaintiffs' attorney whose name and address appears above. A telephone call will not protect your rights; you must file your opposition and pay the required fee of $175.00 and serve your opposition on

your adversary, if you want the court to hear your opposition to the injunctive relief the Plaintiffs are seeking.

5. The Plaintiffs must file and serve any written reply to the Defendant's order to show cause opposition by July 25, 2025. The reply papers must be filed with the Clerk of the Superior Court in the county listed above and a copy of the reply papers must be sent directly to the chambers of Judge James H. Pickering, Jr., J.S.C.,

6. If the Defendant does not file and serve opposition to this order to show cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that Plaintiffs file a proof of service and a proposed form of order at least three days prior to the return date.

7. If the plaintiff has not already done so, a proposed form of order addressing the relief sought on the return date (along with a self-addressed return envelope with return address and postage) must be submitted to the court no later than three (3) days before the return date.

8. Defendant take notice that the plaintiff has filed a lawsuit against you in the Superior Court of New Jersey. The verified complaint attached to this order to show cause states the basis of the lawsuit. If you dispute this complaint, you, or your attorney, must file a written answer to the complaint and proof of service within 35 days from the date of service of this order to show cause; not counting the day you received it.

These documents must be fled with the Clerk of the Superior Court in the county listed above. A list of these offices is provided. Include a $175 filing fee payable to the "Treasurer State of New Jersey." You must also send a copy of your Answer to the plaintiff's attorney whose name and address appear above, or to the plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve your Answer (with the fee) or judgment may be entered against you by default. Please note: Opposition to the order to show cause is not an Answer and you must file both. Please note further: if you do not file and serve

an Answer within 35 days of this Order, the Court may enter a default against you for the relief Plaintiffs demand.

9. If you cannot afford an attorney, you may call the Legal Services office in the county in which you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

10. The Court will entertain argument, but not testimony, on the return date of the order to show cause, unless the court and parties are advised to the contrary no later than 3 days before the return date.

By the Court:

_____
James H. Pickering Jr., J.S.C.

| | |
|---|---|
| ATLANTIC COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division, Direct Filing<br>1201 Bacharach Blvd., First Fl.<br>Atlantic City, NJ 08401 | LAWYER REFERRAL<br>(609) 345-3444<br>LEGAL SERVICES<br>(609) 348-4200 |
| BERGEN COUNTY:<br>Deputy Clerk of the Superior Court<br>Case Processing Section, Room 119<br>Justice Center, 10 Main St.<br>Hackensack, NJ 07601-0769 | LAWYER REFERRAL<br>(201) 488-0044<br>LEGAL SERVICES<br>(201) 487-2166 |
| BURLINGTON COUNTY:<br>Deputy Clerk of the Superior Court<br>Central Processing Office<br>Attn: Judicial Intake<br>First Fl., Courts Facility<br>49 Rancocas Rd.<br>Mt. Holly, NJ 08060 | LAWYER REFERRAL<br>(609) 261-4862<br>LEGAL SERVICES<br>(609) 261-1088 |
| CAMDEN COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Processing Office<br>1st Fl., Hall of Records<br>101 S. Fifth St.<br>Camden, NJ 08103 | LAWYER REFERRAL<br>(856) 964-4520<br>LEGAL SERVICES<br>(856) 964-2010 |
| CAPE MAY COUNTY:<br>Deputy Clerk of the Superior Court<br>9 N. Main Street<br>Box DN-209<br>Cape May Court House, NJ 08210 | LAWYER REFERRAL<br>(609) 463-0313<br>LEGAL SERVICES<br>(609) 465-3001 |
| CUMBERLAND COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>Broad & Fayette Sts., P.O. Box 615<br>Bridgeton, NJ 08302 | LAWYER REFERRAL<br>(856) 692-6207<br>LEGAL SERVICES<br>(856) 451-0003 |
| ESSEX COUNTY:<br>Deputy Clerk of the Superior Court<br>50 West Market Street<br>Room 131<br>Newark, NJ 07102 | LAWYER REFERRAL<br>(973) 622-6207<br>LEGAL SERVICES<br>(973) 624-4500 |
| GLOUCESTER COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>Attn: Intake<br>First Fl., Court House<br>1 North Broad Street, P.O. Box 129<br>Woodbury, NJ 08096 | LAWYER REFERRAL<br>(856) 848-4589<br>LEGAL SERVICES<br>(856) 848-5360 |
| HUDSON COUNTY: Deputy Clerk of the Superior Court<br>Superior Court, Civil Records Dept.<br>Brennan Court House-- 1st Floor<br>583 Newark Ave.<br>Jersey City, NJ 07306 | LAWYER REFERRAL<br>(201) 798-2727<br>LEGAL SERVICES<br>(201) 792-6363 |
| HUNTERDON COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division<br>65 Park Avenue<br>Flemington, NJ 08822 | LAWYER REFERRAL<br>(908) 735-2611<br>LEGAL SERVICES<br>(908) 782-7979 |
| MERCER COUNTY:<br>Deputy Clerk of the Superior Court<br>Local Filing Office, Courthouse<br>175 S. Broad Street, P.O. Box 8068<br>Trenton, NJ 08650 | LAWYER REFERRAL<br>(609) 585-6200<br>LEGAL SERVICES<br>(609) 695-6249 |

| | |
|---|---|
| MIDDLESEX COUNTY:<br>Deputy Clerk of the Superior Court<br>Administration Building<br>Third Floor<br>1 Kennedy Sq., P.O. Box 2633<br>New Brunswick, NJ 08903-2633 | LAWYER REFERRAL<br>(732) 828-0053<br>LEGAL SERVICES<br>(732) 249-7600 |
| MONMOUTH COUNTY:<br>Deputy Clerk of the Superior Court<br>Court House<br>71 Monument Park<br>P.O. Box 1269<br>Freehold, NJ 07728-1269 | LAWYER REFERRAL<br>(732) 431-5544<br>LEGAL SERVICES<br>(732) 866-0020 |
| MORRIS COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division<br>30 Schuyler Pl., P.O. Box 910<br>Morristown, NJ 07960-0910 | LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 285-6911 |
| OCEAN COUNTY:<br>Deputy Clerk of the Superior Court<br>Court House, Room 119<br>118 Washington Street<br>Toms River, NJ 08754 | LAWYER REFERRAL<br>(732) 240-3666<br>LEGAL SERVICES<br>(732) 341-2727 |
| PASSAIC COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division<br>Court House<br>77 Hamilton St.<br>Paterson, NJ 07505 | LAWYER REFERRAL<br>(973) 278-9223<br>LEGAL SERVICES<br>(973) 345-7171 |
| SALEM COUNTY:<br>Deputy Clerk of the Superior Court<br>92 Market St., P.O. Box 18<br>Salem, NJ 08079 | LAWYER REFERRAL<br>(856) 935-5628<br>LEGAL SERVICES<br>(856) 451-0003 |
| SOMERSET COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division Office<br>New Court House, 3rd Fl.<br>P.O. Box 3000<br>Somerville, NJ 08876 | LAWYER REFERRAL<br>(908) 685-2323<br>LEGAL SERVICES<br>(908) 231-0840 |
| SUSSEX COUNTY:<br>Deputy Clerk of the Superior Court<br>Sussex County Judicial Center<br>43-47 High Street<br>Newton, NJ 07860 | LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 383-7400 |
| UNION COUNTY:<br>Deputy Clerk of the Superior Court<br>1st Fl., Court House<br>2 Broad Street<br>Elizabeth, NJ 07207-6073 | LAWYER REFERRAL<br>(908) 353-4715<br>LEGAL SERVICES<br>(908) 354-4340 |
| WARREN COUNTY:<br>Deputy Clerk of the Superior Court<br>Civil Division Office<br>Court House<br>413 Second Street<br>Belvidere, NJ 07823-1500 | LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 475-2010 |