# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GRAYS HARBOR LLC D/B/A | : | |
| GRAY HARBOR | : | |
| AND | : | |
| BRETT HOUCK | : | |
| Plaintiffs, | : | Civil Action No. 1:25-cv-13680-ESK |
| | : | |
| v. | : | |
| | : | |
| PRIME DIGITAL ADS, | : | |
| SNOWY OWL TECHNOLOGIES INC., | : | |
| MITCHELL RICHLER, | : | |
| AND | : | |
| IMPACT TECH, INC. | : | |
| Defendants | : | |

## DECLARATION OF BRETT HOUCK

I, Brett Houck, of legal age and capacity, hereby declare as follows:

1. I, Brett Houck, am the Plaintiff in this matter and the sole owner of the corporate Plaintiff. As such, I have personal knowledge of the facts and circumstances relevant to this Declaration.

2. I make this Declaration in support of my response to Defendants' application to dissolve temporary restraints.

3. In October 2024, Defendant Richler informed me that he had "opened up his own shop" with his brother-in-law.

4. Richler also informed me that he had "to do gymnastics" to get paid – namely, he had to set up a US based company.

5. I confirmed this information by looking at Richler's LinkedIn page where he listed himself as the Founder of Prime Digital Ads. Defendant Richler's LinkedIn page from October 8, 2024, identifies him as the Founder of Prime Digital Ads, along with the statement that "At Prime

1

Digital Ads, our mission is to help your business grow by connecting you with the…", which matches the language on Prime Digital Ads' website.

6. Defendant Richler's LinkedIn page from November 18, 2024, identifies him as the "Head of Business Development" for Prime Digital Ads from August 2024 through present (Doc. 1, Ex. A, Ex. C).

7. I do not know what necessitated the change in this time period or what other changes took place.

8. Additionally, I served a demand and evidence retention letter on Prime Digital Ads, Snowy Owl Technologies, and Richler on October 21, 2024. (Doc. 1, Ex. A, ¶107-110). Although the response letter from Attorney Sasso dated November 18, 2024, contained very strong denials and threats of seeking sanctions, the letter conspicuously contained no denial of any affiliation of Richler with Prime Digital Ads.

9. Further, Richler hired Gray Harbor's former developer, Jim Bartek on July 17, 2024. Richler provided false information to Mr. Bartek as to what happened to Gray Harbor while also soliciting him. (Doc. 1, Ex. A, Ex. D).

10. Mr. Bartek informed me that Richler told him that he was the owner of Prime Digital Ads.

11. Mr. Bartek informed me that he received paychecks for this work from the account of Prime Digital Ads.

12. Mr. Bartek also provided me with the account information and the setup in the Impact system such that Defendants could effectuate their fraudulent scheme.

13. Mr. Bartek resigned from his employment with Prime Digital Ads in October 2024 once he became aware of the fraud.

14. The payments from Capital One are only issued once per month through Impact.

15. Prime Digital Ads is currently using the same exact funnel created by Gray Harbor in its work with Capital One, which is confidential information including but not limited to trade secrets of Gray Harbor, while working with Gray Harbor's former clients and partners.

16. This confidential information is protected by the NDA with Capital One.

17. I vehemently dispute and reject the allegations contained in Richler's declaration.

18. The Stone Harbor Police Department is investigating Richler's criminal conduct under Case Number 25-02202.

19. I am aware that Eeds and Richler have a long relationship that predates Richler's involvement with Gray Harbor.

20. I incorporate by reference my Certification in Support of Injunctive Relief. (Doc. 1, Ex. A).

21. I certify that the foregoing statements made by me are true. I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/22/25                                              Respectfully submitted by:

_____

Brett Houck
Plaintiff