# EXHIBIT B

| | |
|---|---|
| **From:** | Brett Houck |
| **To:** | Musa Jan |
| **Subject:** | Fwd: Snowyowl Agreement |
| **Date:** | Tuesday, October 15, 2024 2:05:43 PM |
| **Attachments:** | SOT_Consulting Services_GrayHarbor Consulting.pdf |

## BRETT HOUCK
**CEO - GRAY HARBOR DIGITAL**

**p:** (609) 315-2700

**e:** bretth@grayharbordigital.com

  

---------- Forwarded message ---------
From: **Mitchell Richler** <mitch@grayharbordigital.com>
Date: Mon, Jun 24, 2024 at 4:09 PM
Subject: Snowyowl Agreement
To: Brett Houck <bretth@grayharbordigital.com>

Attached.

--
## Mitchell Richler
**COO - GRAY HARBOR DIGITAL**

**p:** (514) 619 2666

**e:** mitch@grayharbordigital.com

