# EXHIBIT C





## Mitchell Richler · 2nd
Online Marketing, Performance Based Marketing

Montreal, Quebec, Canada · Contact info

500+ connections

PrimeDigitalAds
Concordia University

Kelly Ground is a mutual connection

Connect   Message   More

### About
Mitchell Richler is a seasoned online marketing expert and customer acquisition specialist with over 20 years of industry experience. He has worked with leading advertising companies and major clients across various sectors, including Experian, Netflix, Living Social, and Beyond The Rack. He has also co-founded and scaled two online ventures in the online media and consulting space, winning multiple awards and recognition for his achievements.

### Activity
3,908 followers

**Posts**  Comments  Images

Mitchell Richler posted this · 1yr

Our Gray Harbor Digital team is attending Affiliate Summit West in January. It's a great time to connect with our team to discuss new user acquisition for your desktop & mobile programs. We offer an exclusive network of partners to tap into new audiences for you on a profitable CPA. If you want to lea ...show more

20

Show all posts →

### Experience

**Head of Business Development**
PrimeDigitalAds
Aug 2024 - Present · 4 mos

At PrimeDigitalAds, our mission is to help your business grow by connecting you with the right audience through innovative and strategic marketing solutions. We are committed to transparency, perfor ...see more

**Founder**
Snowy Owl Technologies
Aug 2013 - Present · 11 yrs 4 mos
Montreal, Canada Area

With all the different platforms, networks and channels not to mention the aggressive salesmen selling you these services, online advertising can be tricky and even confusing. This is where we can help. S ...see more

**Chief Operating Officer**
Gray Harbor Digital
Dec 2022 - Jun 2024 · 1 yr 7 mos

### More profiles for you

**Peter Baker** · 3rd
Sales and Marketing Leader, Coach, Strategist, Solution...
View profile

**Neil Rubin** · 3rd
Top insurance experts specializing in Medicare,...
View profile

**Onkar Grover** · 3rd
Sales and Business Development Professional
View profile

**Ryan Stevens** · 3rd
Digital Marketing Executive with Expertise in Revenue...
View profile

**George Meredith** · 3rd
Sales and Business Development
View profile

Show all

### Explore Premium profiles

**Lexi Aric** · 2nd
Corbets Capital | Ross School of Business MBA Candidate
Connect

**Stephanie Elliott** · 2nd
Senior Assistant Vice President, Senior Paralegal |...
Connect

**Olivia Austin** · 2nd
Executive Assistant SVP, Product Supply Planning