# EXHIBIT D

# AMENDMENT NUMBER 1

## TO THE

## CAMPAIGN INSERTION ORDER

This Amendment Number 1 to the Campaign Insertion Order (this "**Amendment**") is made and entered into as of May 1, 2024 ("**Amendment Effective Date**"), by and between AppLovin Corporation, a Delaware corporation ("**AppLovin**") and Gray Harbor Digital ("**Advertiser**"). Each of AppLovin and Advertiser shall be referred to individually as a "**Party**" and collectively as the "**Parties**". Capitalized terms not defined in this Amendment shall have the meanings assigned to them in the IO (as defined below).

**WHEREAS,** AppLovin and Advertiser are parties to that certain Campaign Insertion Order executed on December 29, 2023 (the "**IO**"); and

**WHEREAS,** the Parties hereto desire to enter into this Amendment, which shall amend the IO in accordance with the terms and conditions set forth herein.

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1. <u>Amendment to the Billing.</u> The section entitled "Billing" is hereby replaced in its entirety with the following:

    A. AppLovin shall provide Advertiser with access to an online reporting system. AppLovin will invoice Advertiser based on "probabilistic simulator" numbers, which will be based on a third-party attribution provider.

    B. Advertiser agrees that AppLovin may amend the billing mechanism set forth in subpart A of this Amendment by providing Advertiser with at least fourteen (14) days prior e-mail notice to Advertiser. Any such amendment will be effective upon the earlier of (i) fourteen (14) days after the date of AppLovin's notice and (ii) Advertiser's approval of such amendment via email.

2. <u>Survival of Terms</u>. This Amendment shall be deemed incorporated into, and form a part of, the IO and have the same legal validity and effect as the IO. Except as expressly amended hereby, all terms and provisions of the IO are and shall remain in full force and effect, and all references to the IO shall hereafter refer to the IO as amended by this Amendment, and as it may hereafter be further amended or restated.

3. <u>Severability</u>. If one or more provisions of this Amendment are held to be unenforceable under applicable law, such provision shall be excluded from this Amendment and the remainder of Amendment shall be interpreted as if such provision were so excluded and shall be enforceable in accordance with its terms.

4. <u>Counterparts</u>. This Amendment may be executed in counterparts, each of which shall constitute an original, but all of which shall constitute one agreement. This Amendment shall become effective upon delivery to the Parties of original, photocopied, or electronically transmitted signature pages that together (but need not individually) bear the signatures of all Parties.

**[SIGNATURE PAGE TO FOLLOW]**

DocuSign Envelope ID: EB307CAF-9EF5-4B70-A4F3-E413BD664F33

IN WITNESS WHEREOF, the Parties have caused this Amendment to be executed and delivered by their respective officers thereunto duly authorized, as of the Amendment Effective Date.

| APPLOVIN | | ADVERTISER | |
|---|---|---|---|
| Signature: | *Andrey Kazakov* (DocuSigned by: 009DBE7B806843F...) | Signature: | *Mitchell Richler* (DocuSigned by: 4425C58F93654C6...) |
| Name: | Andrey Kazakov | Name: | Mitchell Richler |
| Title: | vp of demand | Title: | COO |
| Date: | 4/30/2024 | Date: | 4/30/2024 |