# EXHIBIT E

From: **Rob** <rob@wizcomedia.co>
Date: Wed, Jul 17, 2024 at 9:50 AM
Subject: URGENT - UNPAID INVOICES
To: <bretth@grayharbordigital.com>

Hi Brett,

You've been primarily communicating with my partner Daniel and he has kept me apprised of the situation. This email requires your response so please read through it entirely. There are a few distinct parts to this email, and I've enumerated them individually below.

1. Regarding the Termination Fee imposed by Gateway, as you detailed in the below message that you sent to Dan earlier:

*Termination Fee is defined as follows: "Termination Fee" means a fee payable to GCF in the event Seller terminates this Agreement, which fee shall be Five (5.00%) percent of the Maximum Purchases multiplied by the number of months remaining in the then current or extended term(s). Any partial month remaining in any such term shall constitute a full Month for the purpose of calculating the Termination Fee.*

According to data we've received from Mitch, in the months of April and May Gray Harbor generated $\$2,962,143.5$ in revenue from the CapitalOne Shopping Extension campaign, and there is of course all of Gray Harbor's retained earnings from prior to April 2024. **What is the exact dollar amount of the Termination Fee imposed by Gateway, and where are the remainder of the funds from April and May's revenue currently?**

2. I'm requesting from you copies of all electronic communications you've had with Gateway since March 2024. I'm also requesting a copy of the contract/agreement that you have in place with Gateway. If Gateway is holding the funds owed to us, we will be taking legal action against them to retrieve the funds. **Please include your contract/agreement and any electronic communications you've had with Gateway in your reply to this email.**

3. Lastly, I am noting here for our records, the current balance of outstanding invoices owed to Wizcomedia.

Outstanding payments are for the period starting April 1, 2024 and ending July 10th, 2024. The total payout owed to Wizcomedia during this period is $1,123,722. On June 13 2024 and July 15 2024, Wizcomedia received payments of $100,000 and $10,000 toward this owed amount, respectively. This leaves a total owed balance of **$1,013,722**.

I've attached to this email the 4 outstanding invoices, as well as screenshots from Gray Harbor's Everflow account displaying our earned commissions for the period April 1 2024 to July 10 2024.

Please ensure a timely response to this email.