# EXHIBIT F

 **Jim Bartek**

 **Mitch** 9:55 AM

hi. sorry for not being in touch. for now we are going to have to put things on hold as Brett has created a real mess by mismanaging the financials of grayharbor to the point where partners have not been paid for traffic in march, april, may and now june. Including myself, as i'm owed alot of money too. right now, capital one is meeting internally to figure things out as they are shutting everything down with GrayHarbor and I'm trying to work with them on restarting with new accounts that I can manage. I have no words and i'm still a bit in shock of the situation as I've put the last 2 + years into building gray harbor into a successful company and that is all gone cause of him and how he overspent and mismanaged

 **Jim Bartek** 9:56 AM

oh my...I wondered where you went, I assumed that you were on vacay... fuck man..this is awful..let me know how I can help you, we make a good team and if I can help you fix the Cap1 relationship for yourself I'll do that

 **Mitch** 9:58 AM

the last 2 weeks have been a nightmare as i was completely blind sided by all this. i never had any access to the financials (now i know why) and still can't believe what has transpired. i appreciate the message and will keep u posted. for the dash, just keep eveything backed up. maybe it's something cap one can use down the road.

+ Message Jim Bartek

 **Jim Bartek**

or just leave it and not update it

 **Mitch** 10:01 AM
doesn't matter, u can leave it for now

 **Jim Bartek** 10:01 AM
ok

**Jul 10th**

 **Jim Bartek** 1:41 PM
i hope that email I just got means you are running the company

 **Mitch** 4:06 PM
grayharbor is done

 **Jim Bartek** 4:12 PM
ok, I'm so sorry...this is awful

let me know how we can work together to do something cool

**Jul 17th**

 **Mitch** 1:30 PM
hi

whats your email

 **Jim Bartek** 1:31 PM
jim@jimbartek.com

 **Mitch** 1:40 PM
ok, brett started cutting my access

i will email you

+ Message Jim Bartek

Home    DMs    Activity    More