# EXHIBIT G

← 🔍 Mitchell Richler

👍🤝 18

👍 Like    💬 Comment    🔁 Repost    ➤ Send

Show all posts →

# Experience

**Founder**
PrimeDigitalAds · Self-employed
Aug 2024 - Present · 3 mos

At PrimeDigitalAds, our mission is to help your business grow by connecting you with th...see more

**Founder**
Snowy Owl Technologies
Aug 2013 - Present · 11 yrs 3 mos
Montreal, Canada Area

With all the different platforms, networks and channels not to mention the aggressive s...see more

**Chief Operating Officer**
Gray Harbor Digital · Contract Full-time
Dec 2022 - Jun 2024 · 1 yr 7 mos

**VP of Sales**
Avanquest
Jan 2022 - Sep 2022 · 9 mos
Montreal

**GM & EVP of Monetization**
adaware (an Avanquest company)
Oct 2019 - Dec 2021 · 2 yrs 3 mos
Montreal, Quebec, Canada

🏠 Home    ▶ Video    👥 My Network    🔔³ Notifications    💼 Jobs