# EXHIBIT I



**Geoffrey F. Sasso**
215 665 3918
geoffrey.sasso@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555

T 215 665 8700
F 215 665 8760

November 18, 2024

**Via Electronic Mail (musa@musajanlaw.com)**

Musa A. Jan, JD, MPH
Law Offices of Musa A. Jan
1000 W. Valley Road, #1345
Southeastern, PA 19399

   **RE:**  **Response to October 21, 2024 Demand Letter**

Dear Mr. Jan:

  We represent Mitchell Richler and are in receipt of your October 21, 2024 demand letter. Please accept this letter as a response to same.

  Mr. Richler rejects your clients' demand, as well as their hollow allegations of misconduct. As set forth in more detail below, any attempt to pursue this matter further will be vigorously opposed and accompanied by both a counterclaim for unpaid commissions and a request for frivolous litigation sanctions pursuant to R. 1:4-8.

  We have read your correspondence several times and, while heavy on accusations, it contains no factual support for those accusations, nor any support for your clients' $15,000,000 demand. We understand that you recently spoke with my co-counsel in Montreal and elaborated on your clients' accusations with the following:

> *I trust that your client will be able to fill you in on his activities as Chief Operating Officer of Gray Harbor, the unfortunate and devastating chain of events set forth by his input of incorrect financial information into the payment system, his dealings with Capital One, and his dealings with Gray Harbor's clients and partners.*

  There is no truth to these accusations. Because you appear to have made such accusations prior to a review of any of the information related to Mr. Richler's limited, prior association with Gray Harbor Digital (GHD), we will take this opportunity to educate you as to the actual facts.

  Mr. Richler has never served as Chief Operating Officer of GHD. To the contrary, in 2022, GHD engaged Mr. Richler as a consultant, *See* IO, **Exhibit A**. In 2024 and at Mr. Houck's request, the parties signed a separate consulting agreement and, again at Mr. Houck's request, backdated it to 2022. *See* Email/Agreement, **Exhibit B**. Neither of these documents contain the phrase "Chief Operating Officer" nor

November 18, 2024
Page - 2 -

do they reference the typical duties or obligations of a COO. *See* **Ex. A-B**. Rather, they are both at-will consulting agreements

Similarly, your clients' allegation that Mr. Richler "input…incorrect financial information into the payment system…" is flatly refuted by information that Mr. Houck seemingly did not share with you. Attached as **Exhibit C** are a series of May 2024 text messages between Mr. Houck and Mr. Richler regarding this event. Contrary to your claim, Mr. Houck requested that Mr. Richler enter certain information into GHD's online payment system. *See* **Ex. C**. For this purpose, Mr. Houck provided a screenshot of the information that was to be entered. *Id.* Mr. Richler did so and then shared an image of his computer screen showing that he had completed the task. *Id.* Mr. Houck did not respond. *Id.* There is no interpretation of this interaction between Mr. Houck and Mr. Richler that could conceivably provide a basis for a claim against Mr. Richler.

With respect to your use of the phrases "his dealings with Capital One" and "his dealings with Gray Harbor's clients and partners", we can only assume these are vague references to GHD's loss of the Capital One account in or around July 2024. However, this loss is not attributable to any action by Mr. Richler and was, in fact, caused solely by Mr. Houck's admitted conduct.

We understand that Mr. Houck's requested payment system change operated to move funds paid by Capital One from a Gateway Financial account to GHD's account. Mr. Houck was well aware that doing so was impermissible as Gateway owns the receivables. This action was merely one example of a continuing pattern of mismanagement of corporate funds by Mr. Houck. Evidence of this can be found on your client's cellular phone. We provide a sampling of key text messages below:



During a July 2024 call with Christopher Campione and Alex Content of Capital One, Mr. Houck admitted to his various instances of misconduct and mismanagement of GHD funds. These admissions

November 18, 2024
Page - 3 -

prompted Capital One to cancel its account with GHD and GHD then notified its partners of this development via a July 10, 2024 email. *See* 7/10/2024 Email, **Exhibit D**. Clearly, GHD's loss of the Capital One account and any damage to its relationships with its partners are not attributable to Mr. Richler.

  We trust that the foregoing clarifies the revisionist history and inaccurate information provided to you by Mr. Houck. However, should these facts not be sufficient to dissuade your clients from pursuing groundless claims against Mr. Richler, be advised that GHD owes Mr. Richler approximately $227,785.55 in referral commissions earned from January 2024 through June 2024. *See* SOTs, **Exhibit E**.[1] Any claim filed against Mr. Richler will be met with a claim for these commissions, along with a request for frivolous litigation sanctions under R. 1:4-8.

  Mr. Houck owes a great deal of money to many people and the recent Itria Ventures lawsuit against him and GHD is only one example. As your clients are well aware, Mr. Richler made substantial efforts to help Mr. Houck both personally and professionally and he was dismayed by Mr. Houck's poor decision to make unfounded accusations and demands. We encourage you to have a frank conversation with Mr. Houck in which you both carefully consider whether the pursuit of futile allegations is worth exposure to yet another claim.

              Regards,

              */s/ Geoffrey F. Sasso*

              Geoffrey F. Sasso, Esquire

cc:  Jake Van Dyken, Esquire (via email)

---

[1] We understand that $45,000 of the amount reflected on **Exhibit E** was recently paid to Mr. Richler from both GHD's corporate, as well as Mr. Houck's personal account.

# EXHIBIT A

SnowyOwl Technologies Inc
**Gray Harbor Consulting Insertion Order**

| 1. Advertiser Information | | | |
|---|---|---|---|
| Company | Gray Harbor Consulting | Address | 359 96th 203 Stone Harbor, NJ 08247, USA |
| Telephone | (609)315-2700 | Contact Name | Brett Houck |
| Email | bretth@grayharborconsulting.com | Payments | N45 |

| 2. Network Information | | | |
|---|---|---|---|
| Company | SnowyOwl Technologies Inc | Address | 725 Rue Satim, St Laurent, QC, H4M 2W8 |
| Telephone | 514-619-2666 | Contact Name | Mitchell Richler |
| Email | mitchell@snowyowltechnologies.com | Payments | mitchell@snowyowltechnologies.com |

| 3. Campaign Information | | | |
|---|---|---|---|
| Product | CapitalOne Shopping Extension | Exclusion | |
| Budget | Ongoing | Start Date | May 10, 2022 |
| Geo | See rates per install | Rates per install (USD): | $3 per download |
| Other | | | |

| 4. Terms | |
|---|---|
| Payment Terms | Advertiser shall prepay the budget amount prior to starting campaign. Publisher will then invoice Advertiser on the reception of the finalized monthly reports. Payment shall be paid for every installation of Advertiser product by an end user.<br><br>Late payments shall be subject to late fees at the rate of one and one-half percent (1.5%) per month. Advertiser is solely responsible for paying all applicable taxes or charges imposed by any government entity or taxing authority in connection with Advertiser's activities under the IO.<br><br>If Advertiser disputes any reporting or invoices arising from Network's tracking and reporting, Advertiser must notify Network in writing within fourteen (14) days of the date of the report or invoice in question; failure to do so shall constitute Advertiser's waiver of any claim relating to such disputed reporting or invoices. |

| 5. Contractual Obligations | |
|---|---|
| Reporting | All reported numbers for the purposes of results, billing and payment are based on Network's reporting system. Network will send finalized monthly reports not later than 7 days after the end of the month. Daily online reports will be given to Advertiser to track revenue performance. |
| Representations | Each party represents and warrants to the other party that: (a) it has the full corporate right, power and authority to enter into the Agreement, to grant the licenses granted hereunder and to perform the acts |

**SnowyOwl Technologies Inc**

|  |  |
|---|---|
|  | required of it hereunder; (b) the execution of the Insertion Order by it and the performance of its obligations and duties hereunder, do not and will not violate any agreement to which it is a party or by which it is otherwise bound; and (c) when executed and delivered, the Insertion Order will constitute the legal, valid and binding obligation of each party, enforceable against each party in accordance with its terms. |
| **Confidentiality** | Each party agrees not to disclose or use (except as permitted herein) the Confidential Information of the other party to any third party (except third parties subcontracted and/or engaged by the Network as may be provided for in appendices hereto and bound by confidentiality obligations no less strict than the obligations of the Network under this Agreement), without the other party's prior written consent.<br><br>"Confidential Information" includes without limitation: (a) all software, technology, programming, specifications, materials, guidelines and documentation provided by the disclosing party; (b) rates, performance statistics or other data relating to Advertiser Product performance; and (c) any other information designated by either party as "Confidential" or an equivalent designation. Confidential Information does not include information that has become publicly known through no breach by the receiving party, or information that has been (i) independently developed by the receiving party without access or use of Confidential Information; (ii) rightfully received by receiving party from a third party without an obligation of confidentiality; or (iii) required to be disclosed by law or by a governmental authority (but only to the extent of such required disclosure).<br><br>The obligation to keep the Confidential Information secret shall come into effect at the Effective Date and shall survive for 2 (two) years after any expiration or termination of this Agreement. |
| **Law** | This Insertion Order shall be governed by and construed and enforced in accordance with the laws of Canada without giving effect to any choice of laws principles that would require the application of the laws of different Country, State or Province. The courts within Canada shall have exclusive jurisdiction to adjudicate any dispute arising in connection with this Insertion Order or any disclosure by either party of its Confidential Information to the other. Each party to this Insertion Order, by its signature below, consents to jurisdiction of the courts within Canada regarding any claim or dispute arising in connection with this Insertion Order. |

| **6. General Terms** |
|---|
| 6.1 Each party shall have the right to terminate each order, by giving written notice of termination, which termination shall be effective 2 days after the receipt of such notice.<br><br>6.2 Advertiser grants Network and each of Network's Publishers with an applicable royalty-free license during the term of the IO to: (i) reproduce, distribute, display and install the Advertiser Product in connection with the campaign, and (ii) use and display Advertiser's logos, trademarks and trade names for marketing and promotional purposes in connection with the campaign.<br><br>6.3 By signing below, the Network acknowledges that it agrees to this Insertion Order. |

ADVERTISER: Gray Harbor Consulting          NETWORK: Adaware Software Canada Inc

Name:  Brett Houcke                          Name:  Mitchell Richler

Title:                                       Title:  Owner

Date:  May 5, 2022                           Date:  May 5, 2022

Signature:  [signature]                      Signature:  M.Richler

SnowyOwl Technologies Inc

# EXHIBIT B

Consulting Services for Gray Harbor Consulting

June 1ˢᵗ, 2022

**SnowyOwl Technologies Inc.**
Montreal, Qc
Mitchell@snowyowltechnologies.com
514-619-2666



1

**Mandate:** Manage all supply / affiliate relationships.

New Partner Outreach

- Recruit new partners.
- Create get starting docs.
- Work with referral partners

Partner Onboarding

- Send partner approvals to Capital One
- Create folder in cap one on google drive with company & user flows.
- Upon Approval create vanity link and ShareID

Manage all active accounts.

- Set up offers in everflow.
- Manage content / creative approval with partner and cap one.
- Work with Cap One on Quality, Caps & Payouts per partner
- Provide partners with quality metric reports.
- Manually go into to EF and reject conversions.

Partner Payments

- Send IO's to Brett
- Collect W9 forms.
- Set Terms & manage invoicing.



2

**Contract Term and Termination**

    a)    The term of this Agreement shall commence on **June 1st, 2022,** and continue on a month to month basis.

    b)    Either party shall have the right to terminate this Contract immediately upon written notice.

**Compensation / Expenses**

For services rendered by SnowyOwl Technologies will receive 30% of monthly profits generated. This is total revenue minus publisher payout.

GrayHarbor Consulting will reimburse for all business and travel expenses.

The compensation will be payable on a net 30 basis.

Upon termination, SnowyOwl technologies will collect monthly profits for 12 months.

**IN WITNESS WHEREOF**, the parties have caused this Contract to be signed by their duly designated and authorized representatives.

| The Provider | | The Client | |
|---|---|---|---|
| Name: | Snowy Owl | Name: | Gray Harbor Consulting |
| Authorized Representative: | Mitchell Richler | Authorized Representative: | Brett Houck |
| Title: | Founder | Title: | |
| Date: | June 5th, 2022 | Date: | June 5th, 2022 |

_____
Signature

*Brett Houck*
_____
Signature



3

# **EXHIBIT C**





# EXHIBIT D



From: **Gray Harbor LLC** <no-reply@via-everflow.io>
Date: Wed, Jul 10, 2024 at 1:37 PM
Subject: Important Update on Gray Harbor Digital Leadership and Capital One Shopping Campaigns
To: Mitchell Richler <mitchell@snowyowltechnologies.com>



Dear Partners,

I hope this message finds you well. We are writing to inform you of some important changes happening within Gray Harbor Digital.

We are currently in the process of making significant changes to our leadership team. During this transition period and effective immediately we are pausing all Capital One Shopping campaigns. This decision was not made lightly, and we understand the potential impact it may have on your operations. All Payouts will be paused as of midnight.

Additionally, we are aware of outstanding payment issues and want to assure you that we are actively working to resolve these matters as quickly as possible. Your patience and understanding during this time are greatly appreciated.

We value your partnership and will keep you updated on any further developments and provide more information as it becomes available.

Thank you for your continued support.

--
Best regards,
Brett Houck
CEO
Gray Harbor Digital

Unsubscribe from this type of email  |  Manage my email preferences

2

# EXHIBIT E

**Snowyowl Technologies**

725 Rue Satim
Saint Laurent QC  H4M2W8
mitchell@snowyowltechnologies.com
www.snoyowltech.com
GST/HST Registration No.: 800654535RC0001
QST Registration No.: 1220627841



# INVOICE

**BILL TO**
Brett Houck
Gray Harbor Consulting
359 96th 203
Stone Harbor, NJ  08247 USA

**INVOICE #** SOT-256
**DATE** 30/06/2024
**DUE DATE** 30/07/2024
**TERMS** Net 30

| ACTIVITY | QTY | RATE | TAX | AMOUNT |
|---|---|---|---|---|
| **Referral Revenue**<br>April Commissions $252,056 (30%) | 1 | 72,001.80 | Exempt | 72,001.80 |
| **Referral Revenue**<br>May Commissions $242,429 (30%) | 1 | 72,728.70 | Exempt | 72,728.70 |
| **Referral Revenue**<br>June Commissions $174,169.22 | 1 | 52,250.77 | Exempt | 52,250.77 |

SUBTOTAL  196,981.27
TOTAL  196,981.27
BALANCE DUE  **USD 196,981.27**

**Snowyowl Technologies**

725 Rue Satim
Saint Laurent QC  H4M2W8
mitchell@snowyowltechnologies.com
www.snoyowltech.com
GST/HST Registration No.: 800654535RC0001
QST Registration No.: 1220627841



# INVOICE

**BILL TO**
Brett Houck
Gray Harbor Consulting
359 96th 203
Stone Harbor, NJ  08247 USA

**INVOICE #** SOT-255
**DATE** 01/07/2024
**DUE DATE** 01/07/2024
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | TAX | AMOUNT |
|---|---|---|---|---|
| **Referral Revenue**<br>Jan 2024 Balance | 1 | 37,995.88 | Exempt | 37,995.88 |
| **Referral Revenue**<br>March 2024 Balance | 1 | 37,808.40 | Exempt | 37,808.40 |

| | |
|---|---|
| SUBTOTAL | 75,804.28 |
| TOTAL | 75,804.28 |
| BALANCE DUE | **USD 75,804.28** |